# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FILED
Scott L. Poff, Clerk
United States District Court
By casbell at 4:26 pm, Jan 22, 2018

| | |
|---|---|
| JOHN MILLER, | |
| Plaintiff, | CIVIL ACTION NO.: 5:17-cv-123 |
| v. | |
| TAMMY SUGGS; HILTON HALL; KEVIN DAVIS; WILLIE COOK; C.O. GREEN; C.O. YOUNGBLOOD; LYNN DAVIS; and WILLIAM BURSE, | |
| Defendants. | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's October 24, 2017 Report and Recommendation, dkt. no. 8, to which Plaintiff did not Object. Accordingly, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court and **DENIES** Plaintiff's Motion for Preliminary Injunction, dkt. no. 4.

**SO ORDERED**, this 22 day of Jan, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA