# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| JOHN MILLER, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:17-cv-123 |
| v. | * | |
| TAMMY SUGGS, et al., | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 63. Plaintiff did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation. The Court **GRANTS** Defendants' Motions for Summary Judgment, **DISMISSES with prejudice** Plaintiff's Complaint, **DENIES as moot** Plaintiff's claims for injunctive relief, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

SO ORDERED, this 24 day of September, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)